**United States Court of Appeals**
**District of Columbia Circuit**

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 / Facsimile: 202-219-8530

## CRIMINAL DOCKETING STATEMENT
### (To be completed by appellant)

1. Appellate Case Number:  _25-3115_      1a.  Criminal Action Number:  _25-mj-00225_
2. Case Name:  _U.S. v. Kevontae Stewart_
3. Appellant's Name:  _Kevontae Stewart_
   3a.  Appellant's Defendant No:  _01_      Appellant's Fed. Reg. No:  _____
4. Date of Conviction:  _N/A_      4a.  Date of Sentence:  _N/A_
5. Name of District Court Judge:  _James E. Boasberg_
6. Date Notice of Appeal Filed:  _November 26, 2025_
7. Offense(s) of Conviction :  _N/A_
8. Did appellant plead guilty?      ☐ Yes ☒ No
9. What sentence was imposed?  _N/A_
10. How much of the sentence has appellant served?  _N/A_
11. Is appellant challenging the conviction?      ☐ Yes ☒ No
12. Is appellant challenging the sentence?      ☐ Yes ☒ No
13. Has appellant filed a post-conviction motion?      ☐ Yes ☒ No
    If yes, what motion, date filed, and disposition:  _____
14. Is appellant incarcerated?      ☐ Yes ☒ No
    If yes, where:  _____
    If no, address and phone number:  _____
15. Has appellant moved for release pending appeal in District Court?      ☐ Yes ☒ No
    If yes, date filed and disposition:  _____
    If no, does defendant intend to file such a motion in the District Court?      ☐ Yes ☒ No
16. Will appellant file a motion for release pending appeal in court of appeals?      ☐ Yes ☒ No
17. Did appellant have court-appointed counsel in District Court?      ☒ Yes ☐ No [FPD appointed]
18. Does counsel appointed in District Court wish to continue on appeal?      ☒ Yes ☐ No
19. Did defendant have retained counsel in District Court?      ☐ Yes ☒ No
    If yes, will case proceed on appeal with retained counsel?      ☐ Yes ☒ No
    If no, will appellant seek appointment of counsel on appeal?      ☒ Yes ☐ No
    If no, has a motion to proceed in forma pauperis been filed?      ☐ Yes ☒ No [FPD appointed]
20. Has counsel ordered transcripts?      ☒ Yes ☐ No
21. If yes, from what proceedings:  _10/03/25, 10/28/25_
22. If yes, when will transcripts be completed?  _Unknown_
23. Did counsel seek expedited preparation of sentencing transcripts?      ☐ Yes ☒ No

Signature  _/s/_      Date  _December 18, 2025_
Name of Party (Print)  _Kevontae Stewart_
Name of Counsel (Print)  _Tony Axam, Jr._
Firm Address  _Federal Public Defender - 625 Indiana Avenue, N.W., Suite 550, Washington, DC 20004_
Phone No.  _(202) 208-7500_      Fax No.  _(202) 208-7515_

Note:   In all appeals of sentences of 8 months or less trial counsel is required to prosecute the appeal of the sentence.   If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.   Attach a certificate of service to this form.

USCA Form 43
August 2009 (Revise