# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 25-3115**                              **September Term, 2025**

**1:25-mj-00225-ZMF-1**

**Filed On: May 28, 2026** [2175599]

United States of America,

        Appellee

    v.

Kevontae Stewart,

        Appellant

**O R D E R**

Upon consideration of appellee's unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | August 3, 2026 |
| Appellant's Reply Brief | August 24, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Catherine J. Lavender
Deputy Clerk