# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-3115** **September Term, 2026**

**1:25-mj-00225-ZMF-1**

**Filed On: September 3, 2026** **[2191399]**

United States of America,

Appellee

v.

Kevontae Stewart,

Appellant

**O R D E R**

Upon consideration of appellant's unopposed motion for a 30-day extension of time to file the reply brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Reply Brief | October 8, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk