# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-3115** **September Term, 2026**

**1:25-mj-00225-ZMF-1**

**Filed On:** November 20, 2026

United States of America,

Appellee

v.

Kevontae Stewart,

Appellant

**BEFORE:** Henderson, Rao, and Pan, Circuit Judges

**O R D E R**

It is **ORDERED**, on the court's own motion, that the parties be prepared at oral argument to address this court's appellate jurisdiction pursuant to 28 U.S.C. § 1291 and the collateral order doctrine. In particular, the parties should be prepared to address whether the defendant-appellant's claim of error regarding the grand jury indictment pertains to "a defect so fundamental that it causes the grand jury no longer to be a grand jury, or the indictment no longer to be an indictment, giv[ing] rise to the constitutional right not to be tried." *Midland Asphalt Corp. v. United States*, 489 U.S. 794, 802 (1989); *see, e.g.*, *United States v. Deffenbaugh Indus., Inc.*, 957 F.2d 749 (10th Cir. 1992); *United States v. Alexander*, 985 F.3d 291 (3d Cir. 2021).

The parties are reminded that the appellant bears the burden to "establish the jurisdiction of an appellate court at the outset of any appeal," *Lewis v. Becerra*, 111 F.4th 65, 70 n.1 (D.C. Cir. 2024), and that appellate jurisdiction cannot rest on the parties' consent, *Ashcroft v. Iqbal*, 556 U.S. 662, 671 (2009).

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk